# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 7, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134338

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC:  134338
COA:  275107
Muskegon CC:  04-050393-FH
                        04-050394-FH
                        04-050395-FH

GALE M. BEEMAN,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 30, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

KELLY, J., would remand this case to the trial court for a decision on attorney fees that considers defendant's ability to pay now and in the future.  See *People v Dunbar*, 264 Mich App 240 (2004), *lv den* 473 Mich 881 (2005).



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 7, 2008

_____
Clerk

s0430